LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

May 18, 2011

United States Bankruptcy Court
Western District of New York
300 Pearl St. #250
Buffalo, NY 14202

Re: Christine W. Bates

Case No.: 06-02427
Claim No.: 8

To Whom It May Concern:

We represent Household Bank (SB), N.A. – Bon-Ton in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on September 8th, 2006, in the amount of $751.31. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley,
Authorized Representative